AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
JOHN DOE
a/k/a "Agent John McClane" as depicted in Attachment A
*Defendant(s)*

Case No. 2:16-mj- 1104-MRM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 13, 2016 in the county of Lee in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 912 | The defendant, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof and any department agency and officer thereof, that is, an employee of the Federal Bureau of Investigation and United States Marshals Service, and acting as such. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Ebenezer K. Paikai, IV, Deputy US Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/20/2016

*Judge's signature*

City and state: Fort Myers, Florida

MAC R. MCCOY, U.S. MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A






## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Deputy United States Marshal Ebenezer K. Paikai, IV, being duly sworn, hereby depose and state as follows:

1. This affidavit is submitted in support of an application for a criminal complaint against an unidentified individual known as **JOHN DOE (DOE),** also known as "Agent John McClane" as depicted in Attachment A, for falsely assuming or pretending to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof and acting as such, in violation of 18 U.S.C. § 912.

2. I have been employed as a Deputy United States Marshal with the United States Marshals Service (USMS) since January, 2010. Since September of 2016, I have been assigned to the investigation of John DOE, who falsely assumed or pretended to be an officer or employee acting under the authority of the United States or any department, agency or officer thereof, and acted as such, in violation of 18 U.S.C. § 912. In my capacity as a Deputy United States Marshal, I am charged with enforcing Title 18 of the United States Code. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3. The statements contained in this affidavit are based on my personal experiences and observations as well as those of other law enforcement officers. This affidavit does not contain every fact regarding the

investigation, but does document the probable cause for the charges against DOE.

## FACTS AND CIRCUMSTANCES

4. On September 13, 2016, detectives from the Lee County Sheriff's Office, Robbery Unit responded to Suncoast Schools Federal Credit Union, 4419 Underwood Drive, Fort Myers, Florida, in reference to a suspicious person. The suspicious person could not be identified and was given the moniker of John DOE (DOE). DOE walked in to the credit union and went to the office of a credit union employee, where he identified himself as "Agent John McClane" to the employees in the office and he further stated that he was from the Federal Bureau of Investigation (FBI), notwithstanding that DOE was wearing clothing which clearly had the words "Police U.S. Marshals" on it.

5. DOE stated that he wanted to discuss matters of national security with the credit union employees present in the office. DOE stated that he had information that someone would be coming to that particular branch to rob the credit union. DOE asked the employees questions in reference to how much currency that branch currently had. DOE also asked for the names of all employees who were currently working at that branch, and the names of the employees scheduled to work later on in the day. DOE explained to the credit union employees that he needed the other employees' names because he suspected that one of the employees may be participating in the credit union robbery, and he wanted to eliminate suspects.

6. DOE was depicted on security footage as wearing a law enforcement badge, a black tactical vest with the words "Police U.S. Marshals" on the back of the vest, gloves, a black firearm in a black holster. DOE had a photo ID badge that he used to substantiate his claim as federal law enforcement; however, the credit union employee believed it looked fake. DOE then left on foot in an unknown direction.

7. Approximately five to ten minutes later, DOE went to a check cashing store located at 4901 Palm Beach Blvd, Fort Myers, Florida. The check cashing store is located approximately 150 feet from the credit union. DOE entered the store and asked the employee how much currency was in the establishment. He also asked similar questions as he had asked in the credit union. The clerk did not answer and told DOE that he was going to call to verify DOE's employment with the United States Marshal Service, at which point DOE exited the business. Video surveillance at the check cashing store shows DOE wearing a law enforcement badge, a black tactical vest with the words "Police U.S. Marshals" on the back, gloves, and a black firearm in a black holster.

8. Law enforcement from the Lee County Sheriff's Office and your affiant observed video taken from the credit union and video taken from the check cashing store. The individual depicted in the videos is the same individual.

9. Your affiant is familiar with federal law enforcement assigned to the area of Fort Myers, Florida, and your affiant does not recognize the individual depicted in video recordings as being employed as a deputy U.S. Marshal or

special agent with the FBI. Furthermore, your affiant is not familiar with any protocol or manner of investigation utilized by DOE that would identify that he is a federal law enforcement officer.

10. Based on the foregoing, your affiant has reason to believe that DOE falsely assumed and pretended to be an agent of the Federal Bureau of Investigation and a deputy marshal of the U.S. Marshals Service, and acted as such, in violation of Title 18, United States Code, Section 912.

FURTHER AFFIANT SAYETH NOT.

Ebenezer K. Paikai, IV
Deputy United States Marshal

Sworn to before me and subscribed in my presence,
on the 22nd day of September, 2016, in Fort Myers, Florida.

Mac R. McCoy
United States Magistrate Judge